# United States District Court  E-Filing

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA    )
                            )
         vs.                )    Docket Number: CR 05-00527-WHA
                            )
    Darrell James Fisk      )
                            )

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _December 13, 2005_ be continued until _January 11, 2006_ at _2:00 pm_.

Date: 12-12-05

William Alsup
United States District Judge

NDC-PSR-009 12/06/04