BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05 - 527 WHA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING SENTENCING DATE** |
| vs. | ) | |
| DARRELL FISK, | ) | |
| Defendant. | ) | |

The defendant's counsel will be out of the state on the date previously set for the

sentencing in this matter.  The parties hereby stipulate that the sentencing presently set for

January 11, 2006, be continued until February 14, 2006 at 2:00.


Dated:                            _____/S/_____
                                        GEOFFREY A. HANSEN
                                        Counsel for Defendant Fisk


Dated:                            _____/S/_____
                                        TRACIE BROWN
                                        Assistant United States Attorney

**IT IS SO ORDERED.**


January 3, 2006                    _____
                                        WILLIAM ALSUP
                                        United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*